**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ARLESIA R. JOHNSON                                                           PLAINTIFF

v.                                               No. 4:10CV00700 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                              DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the decision of the

Commissioner of the Social Security Administration is affirmed.

IT IS SO ORDERED this 15th day of June, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE